IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SHANNON GOFF,                    )
                                 )
    Plaintiff,                   )
                                 )      CIVIL ACTION NO.
    v.                           )        2:13cv60-MHT
                                 )
STATE MILITARY DEPARTMENT,       )
et al.,                          )
                                 )
    Defendants.                  )
```

ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of court as follows:

(1) Plaintiff Shannon Goff's objections (doc. nos. 41 and 44) are overruled.

(2) The magistrate judge's recommendation (doc. no. 40) is adopted.

(3) Defendants Walter Burke, Toni Middleton, Connie Newman, and Mark Weeks's motions to dismiss (doc. nos. 9 and 32) are granted.

(4) Defendants Burke, Middleton, Newman, and Weeks and the claim against them are dismissed.

This case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 24th day of September, 2013.

                                /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE