IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHANNON GOFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:13cv60-MHT |
| ) | (WO) |
| STATE MILITARY DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

OPINION

Plaintiff filed this lawsuit asserting claims of discrimination and retaliation with regard to her employment.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motions for summary judgment should be granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of September, 2014.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**